U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

SEP 2 7 2012

TONY R. MOORE, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **GWENDOLYN BESSARD** | **CIVIL ACTION 10-588** |
| **VERSUS** | **JUDGE HAIK** |
| **WAL-MART LOUISIANA, LLC** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by the defendant Wal-Mart Louisiana, LLC. (Doc. 7). After a thorough review of the evidence presented and the argument of counsel, the Motion is **GRANTED**. The Court finds there are no issues of material fact in existence and that judgment as a matter of law is proper. The evidence shows that Mrs. Bessard cannot prove that a condition contributing to her accident existed for period of time which would give rise to constructive notice. Further, it has been established that there was no actual notice of any condition. As such, Wal-Mart Louisiana, LLC. can not be held liable for any damages arising from Mrs. Bessard's fall.

As such, all claims by the plaintiff against Wal-Mart Louisiana, LLC are hereby **DISMISSED with prejudice.**

THUS DONE and SIGNED on this 27th day of September, 2012.

_____
RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA